# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BLACK, | Case No. 2:19-cv-01270-APG-NJK |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN OF NEVADA SOUTHERN DETENTION CENTER, | |
| Respondents. | |

Petitioner has submitted a petition for a writ of habeas corpus. He did not submit an application to proceed in forma pauperis, nor did he pay the filing fee of five dollars ($5.00).

IT THEREFORE IS ORDERED that petitioner shall file an application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner shall make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order. Petitioner shall have thirty (30) days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED: July 24, 2019.

_____  
ANDREW P. GORDON  
United States District Judge