# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BLACK, | Case No. 2:19-cv-01270-APG-NJK |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN OF NEVADA SOUTHERN DETENTION CENTER, | |
| Respondents. | |

Mail from the court to petitioner Michael Black has been returned. ECF No. 4, ECF No. 5, ECF No. 6. I dismiss this action because Mr. Black has not informed the court of his current address. *See* Local Rule IA 3-1. Reasonable jurists would not find my conclusion to be debatable or wrong, so I will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that this action is **DISMISSED** without prejudice because of petitioner's failure to notify the court of his change in address. The clerk of the court shall enter judgment accordingly and close this action.

IT FURTHER IS ORDERED a certificate of appealability will not issue.

DATED: September 9, 2019.

_____
ANDREW P. GORDON
United States District Judge